FLORENCE E. ANDERSON, as Administratrix of the Estate of EARL R. ANDERSON, Deceased, Appellant, v. KENDALL REFINING COMPANY, Defendant, and CITY OF JAMESTOWN, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (The order grants a motion by defendant city to dismiss the amended complaint as to it in an action for damages for the death of plaintiff's intestate.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ANTHONY J. RECCKIO, Appellant, v. VITO RECCKIO, Respondent.— Order insofar as it denies plaintiff's motion for summary judgment affirmed, and order insofar as it dismisses plaintiff's complaint for insufficiency reversed on the law, without costs of this appeal to either party, and judgment entered thereon vacated, upon the ground that a motion made under rule 113 of the Rules of Civil Practice deals only with the question as to whether there are triable issues of fact in the case and is not addressed to the pleadings. (*Miorin* v. *Miorin*, 257 App. Div. 556; see, also, *Security Finance Co.* v. *Stuart*, 130 Misc. 538, affd. 226 App. Div. 725.) Moreover, we think that the allegations of the complaint broadly construed state a cause of action. (See *Rockland-Rockport Lime Co.* v. *Leary*, 203 N. Y. 469, 484; *Lawrence* v. *Miller*, 86 N. Y. 131, 137; *Stanley* v. *Gannon*, 109 Misc. 611, affd. 192 App. Div. 915.) All concur. (The judgment dismisses plaintiff's complaint in an action to compel specific performance. The order denies plaintiff's motion for summary judgment and dismisses plaintiff's complaint.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of the Estate of HERBERT C. QUICK, Deceased. HELEN T. QUICK, Appellant; GLEN H. QUICK, Respondent.— Orders affirmed, without costs of this appeal to any party. All concur. (The orders surcharge the administrator with certain amounts and fixed attorney's fees for filing of objections to administrator's account.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY C. BROWN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses the writ of habeas corpus and remands relator to the custody of defendant.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.